THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Travis J.
 Bigger, Appellant.
 
 
 
 
 

Appeal from York County
 Roger L. Couch, Special Circuit Court
Judge

Unpublished Opinion No. 2010-UP-030
 Submitted January 4, 2010  Filed January
25, 2010  

APPEAL DISMISSED

 
 
 
 Appellant Defender Kathrine H. Hudgins, South
 Carolina Commission on Indigent Defense, of Columbia, for Appellant. 
 Assistant Chief Legal Counsel J. Benjamin
 Aplin, South Carolina Department of Probation, Parole and Pardon Services, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Travis J. Bigger appeals his community
 supervision revocation, arguing that insufficient evidence was presented to
 show that he violated a condition of his community supervision program.  After
 thoroughly reviewing the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Bigger's appeal and grant counsel's
 petition to be relieved.[1]  
APPEAL
 DISMISSED. 
HUFF, A.C.J.,
 GEATHERS, J. and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.